**Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00434-CV

_____

## IN THE ESTATE OF KIMBERLIE DENISE MENARD, INCAPACITATED

**On Appeal from the Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 531010003**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for Probate Court No 3, Robin Kulhanek Day, informed this court that appellant, Jessie Smith, had not made arrangements for payment for the reporter's record. On May 30, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c).

On June 4, 2018, appellant filed a request for extension of time. Though she did not indicate the deadline for which she desired an extension, we construed her motion as one to extend the deadline to prove she has paid or made arrangements to

pay for the reporter's record. On June 26, 2018, we granted her motion until July 16, 2018. We cautioned that if appellant did not provide proof of payment arrangements to this court by that date, we would consider and decide those issues or points that do not require a reporter's record. No such proof has been filed.

Accordingly, we order appellant to file a brief in this appeal by **August 27, 2018**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM